# JOHN J. KIRBY v. GEORGE J. RIES.[1]

## February 28, 1914.

## No. 18,674.

**City of St. Paul.**

The manner of nominating elective officers provided in the charter of the city of St. Paul applies to the nomination of candidates for judge of the municipal court. Such candidates are not required to file affidavits of candidacy with the county auditor. [Reporter.]

John J. Kirby obtained from this court an order directing George J. Ries, as auditor of Ramsey county, to accept the filing fee and accept and file the affidavit of candidacy of said Kirby for the office of judge of the municipal court of St. Paul, or show cause why he should not do so. The respondent made answer. Order discharged.

*J. C. Michel* and *John J. Kirby*, for relator.

*O. H. O'Neill, Richard D. O'Brien* and *Thomas D. O'Brien*, for respondent.

PER CURIAM.

We hold that a candidate for judge of the municipal court of the city of St. Paul is not required to file an affidavit of his candidacy with the county auditor of Ramsey county, and that the manner of nominating elective officers of the city of St. Paul provided in the city charter applies to the nomination of candidates for Judge of the municipal court. The order to show cause is discharged.